IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**United States of America,**
        plaintiff,

vs.                                                                                  Cr. 17-177 MV

**Jerell Leveine Whitman-Crutcher, II ,**
        defendant.

## ORDER ADOPTING CONDITIONS OF RELEASE

**THIS MATTER** having come before the Court for initial appearance hearing on a Petition for Revocation of Supervised Release, attorney Paul Mysliwiec appearing for the government and attorney Martin Lopez, III appearing for the defendant, and the government having no objection to continue defendant on conditions of release and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the previously imposed Conditions of Release set in the Eastern District of Michigan are hereby **ADOPTED** by this Court.

_____
Steven C. Yarbrough
United States Magistrate Judge